MAE L. LECHNER et al., Respondents, v. FRANK LECHNER, Appellant.—

No opinion. Present — Nolan, P. J., Johnston, Adel, MacCrate and Schmidt, JJ. [See *post*, p. 1023.]